IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al, <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN WETZEL, et al., <br><br> Defendants. | No. 1:24-cv-25-LG-RPM <br> (lead case) |
| LIBERTARIAN PARTY OF MISSISSIPPI, <br><br> Plaintiff, <br> v. <br><br> JUSTIN WETZEL, et  al., <br><br> Defendants. | No. 1:24-cv-37-LG-RPM <br> (consolidated) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Libertarian Party of Mississippi appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order entered on July 28, 2024 (Doc. 104) by the Honorable Louis Guirola, Jr., United States District Judge for the Southern District of Mississippi, dismissing Plaintiff's claims under Fed. R. Civ. P. 12(b)(6) in the above-captioned matter.

August 2, 2024                                Respectfully submitted

                                                      *s/ Russ Nobile*
                                        T. Russell Nobile (MS Bar 100682)
                                        JUDICIAL WATCH, INC.
                                        Post Office Box 6592
                                        Gulfport, Mississippi 39506
                                        Phone: (202) 527-9866
                                        Rnobile@judicialwatch.org