# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION GULFPORT

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; TONI JO DIAZ, BECKY PAYNE, BARBARA KIMBALL, CHRISTENE BRICE, and CAROLYN HANDLER, *in their official capacities as members of the Harrison County Election Commission*; and MICHAEL WATSON, *in his official capacity as the Secretary of State of Mississippi*,<br><br>　　　　Defendants,<br><br>VET VOICE FOUNDATION and MISSISSIPPI ALLIANCE OF RETIRED AMERICANS,<br><br>　　　　Intervenor-Defendants. | No. 1:24-cv-00025-LG-RPM<br>(Lead Case)<br><br>**NOTICE OF APPEAL** |
| LIBERTARIAN PARTY OF MISSISSIPPI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN WETZEL, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*, *et al.*,<br><br>　　　　Defendants. | No. 1:24-cv-00037-LG-RPM<br>(Consolidated Case) |

2

      The Republican National Committee, Mississippi Republican Party, James Perry, and Matthew Lamb—Plaintiffs in case No. 1:24-cv-25—provide this notice of appeal to the U.S. Court of Appeals for the Fifth Circuit from this Court's final judgment entered on July 29, 2024, dismissing the case, *see* Doc. 105.

| | |
|---|---|
| Dated: August 2, 2024 | Respectfully submitted, |
| Thomas R. McCarthy* <br> Conor D. Woodfin* <br> CONSOVOY MCCARTHY PLLC <br> 1600 Wilson Blvd., Ste. 700 <br> Arlington, VA 22209 <br> (703) 243-9423 <br> tom@consovoymccarthy.com <br> conor@consovoymccarthy.com | *s/ Spencer M. Ritchie* <br><br> Spencer M. Ritchie (MSB #103636) <br> FORMAN WATKINS & KRUTZ LLP <br> 210 East Capitol Street, Suite 2200 <br> Jackson, MS 39201 <br> (601) 960-3172 <br> spencer.ritchie@formanwatkins.com |
| *admitted *pro hac vice* | *Counsel for Plaintiffs in* <br> *Case No. 1:24-cv-25* |

## **CERTIFICATE OF SERVICE**

I certify that on August 2, 2024, the foregoing document was filed on the Court's CM/ECF system, which notifies all counsel of record.

*s/ Spencer M. Ritchie*

Spencer M. Ritchie
*Counsel for Plaintiffs in*
*Case No. 1:24-cv-25*
