No. 24-60395

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

REPUBLICAN NATIONAL COMMITTEE, et al.,
*Plaintiffs-Appellants*,

v.

JUSTIN WETZEL, in his official capacity as the clerk
and registrar of the Circuit Court of Harrison County, et al.
*Defendants-Appellees*,

VET VOICE FOUNDATION, et al.,
*Intervenor-Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of Mississippi
Nos. 1:24-cv-25, 1:24-cv-37 (Guirola, J.)

# APPELLANTS' MOTION
# FOR EXPEDITED APPEAL

Spencer M. Ritchie
Forman Watkins & Krutz LLP
210 East Capitol Street, Ste. 2200
Jackson, MS 39201
(601) 960-3172
spencer.ritchie@formanwatkins.com

Dated: August 6, 2024

Thomas R. McCarthy
Conor D. Woodfin
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
conor@consovoymccarthy.com

*Counsel for Appellants Republican National Committee,
Mississippi Republican Party, James Perry, and Matthew Lamb*

# CERTIFICATE OF INTERESTED PERSONS

No. 24-60395, *Republican National Committee v. Wetzel*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so that the judges of this Court can evaluate possible disqualification or recusal:

**Plaintiffs (No. 1:24-cv-25)**:

Republican National Committee, Mississippi Republican Party, James Perry, Matthew Lamb

**Counsel for Plaintiffs (No. 1:24-cv-25)**:

Spencer M. Ritchie
Forman Watkins & Krutz, LLP
210 E. Capitol St., Suite 2200
Jackson, MS 39225-2608
(601) 960-3172
spencer.ritchie@formanwatkins.com

Thomas R. McCarthy
Conor D. Woodfin
Consovoy McCarthy, PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
conor@consovoymccarthy.com

**Plaintiff (No. 1:24-cv-37)**:

Libertarian Party of Mississippi

**Counsel for Plaintiff (No. 1:24-cv-37)**:

T. Russell Nobile
Judicial Watch, Inc.
Post Office Box 6592
Gulfport, MS 39506
(202) 527-9866
rnobile@judicialwatch.org

| **State Defendant**: | **Counsel for State Defendant**: |
|---|---|
| Secretary of State Michael Watson | Scott G. Stewart, *Solicitor General* <br> Rex M. Shannon, III <br> Wilson D. Minor <br> Mississippi Attorney General's Office <br> P.O. Box 220 <br> Jackson, MS 39205-0220 <br> (601) 359-6279 <br> scott.stewart@ago.ms.gov <br> rex.shannon@ago.ms.gov <br> wilson.minor@ago.ms.gov |
| **County Defendants**: | **Counsel for County Defendants**: |
| Justin Wetzel, Toni Jo Diaz, Becky Payne, Barbara Kimball, Christene Brice, Carolyn Handler | Tim C. Holleman <br> Boyce Holleman and Associates, P.A. <br> 1720 23rd Avenue <br> Gulfport, MS 39501 <br> (228) 863-3142 <br> tim@boyceholleman.com |
| **Intervenor-Defendants**: | **Counsel for Intervenor-Defendants**: |
| Vet Voice Foundation, Mississippi Alliance for Retired Americans | Christopher D. Dodge <br> Elisabeth C. Frost <br> Michael Brandon Jones <br> Richard Alexander Medina <br> Tina Meng Morrison <br> Elias Law Group, LLP <br> 250 Massachusetts Ave NW, Suite 400 <br> Washington, DC 20001 <br> (202) 987-4928 <br> cdodge@elias.law <br> efrost@elias.law <br> mbj@michaelbrandonjones.com <br> rmedina@elias.law <br> tmengmorrison@elias.law |

Paloma Wu
Mississippi Center for Justice
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
601-352-2269
pwu@mscenterforjustice.org

Robert B. McDuff
The Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202
(601) 969-0802
RBM@McDuffLaw.com

**Amici**:

Disability Rights Mississippi, League of
Women Voters of Mississippi

**Counsel for Amici**:

Angela M. Liu
Dechert, LLP
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601
312-646-5816
angela.liu@dechert.com

Julia Markham-Cameron
Neil Steiner
Dechert, LLP
1095 6th Ave
New York, NY 10036
917-388-8304
julia.markham-cameron@dechert.com
neil.steiner@dechert.com

Christopher J. R. Merken
Dechert, LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
215-994-2380
christopher.merken@dechert.com

Davin M. Rosborough
Sophia Lin Lakin
ACLU Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2613
drosborough@aclu.org
slakin@aclu.org

Greta K. Martin
Disability Rights Mississippi
5 Old River Place, Suite 101
Jackson, MS 39202
601-968-0600
gmartin@drms.ms
Jacob Matthew van Leer
ACLU Foundation, Inc.
915 15th Street, NW, 6th Floor
Washington, DC 20005
603-277-0314
jvanleer@aclu.org

Joshua F. Tom
ACLU of Mississippi
P. O. Box 2242
101 S. Congress Street
Jackson, MS 39225-2242
(601) 354-3408
jtom@aclu-ms.org

Democratic National Committee          David W. Baria
Cosmich, Simmons & Brown, PLLC
P. O. Box 22626
One Eastover Center
100 Vision Drive, Suite 200
Jackson, MS 39225-2626
601-863-2100
david.baria@cs-law.com

United States of America

Kristen Clarke, *Assistant Attorney General*
R. Tamar Hagler
Timothy F. Mellett
Janie Allison Sitton
Sejal Jhaveri
U.S. Department of Justice
950 Pennsylvania Ave NW Washington,
DC 20530 (202) 532-5610
Sejal.Jhaveri@usdoj.gov

Todd W. Gee, *United States Attorney*
Angela Givens Williams
Mitzi Dease Paige
Assistant U.S. Attorneys
501 E. Court St. Suite 4.430
Jackson, MS  39201
 (601) 965-4480
Angela.Williams3@usdoj.gov
Mitzi.Paige@usdoj.gov

*/s/ Spencer M. Ritchie*
Spencer M. Ritchie
*Counsel for Republican Party Appellants*

# CORPORATE DISCLOSURE STATEMENTS

The Republican National Committee and the Mississippi Republican Party have no parent corporation, and no corporation owns 10% or more of their stock. No publicly traded company or corporation has an interest in the outcome of this case or appeal.

/s/ *Spencer M. Ritchie*
Spencer M. Ritchie
*Counsel for Republican Party Appellants*

The Libertarian Party of Mississippi has no parent corporation, and no corporation owns 10% or more of their stock. No publicly traded company or corporation has an interest in the outcome of this case or appeal.

/s/ *T. Russell Nobile*
T. Russell Nobile
*Counsel of Record for Appellant Libertarian Party of Mississippi*

**MOTION TO EXPEDITE**

Plaintiffs in the consolidated cases—the Republican National Committee, Mississippi Republican Party, James Perry, Matthew Lamb, and the Libertarian Party of Mississippi—move under Federal Rule of Appellate Procedure 27 and Fifth Circuit Local Rule 27.5 to expedite this appeal from the district court's final judgment dismissing the consolidated cases. *See* R.105. The Plaintiffs challenge the validity of Mississippi's mail-voting deadline under federal law. The parties agree that expediting this appeal is warranted given the close proximity of the November 2024 general election.

## I.    Background

The Plaintiffs filed this suit to bring Mississippi's mail-voting procedures in line with federal law. Under its constitutional powers to regulate the "Time" of federal elections, Congress has established a uniform federal election day. Elections for Senators, Representatives, and presidential electors occur in the "Tuesday next after the 1st Monday in November" in two- and four-year cycles. 2 U.S.C. §7 (House); *id.* §1 (Senate); 3 U.S.C. §1 (President). This trio of statutes "mandates holding all elections for Congress and the Presidency on a single day throughout the Union." *Foster v. Love*, 522 U.S. 67, 70 (1997).

For nearly all of its history, Mississippi required mail-in ballots to be returned before election day. But in 2020, the Mississippi Legislature ordered that mail-in ballots would be counted if they were postmarked by election day and received up to five business days after election day. Miss. Code §23-15-637(1)(a). The Republican National Committee, Mississippi Republican Party, James Perry, and Matthew Lamb filed a

complaint challenging that provision on January 26, 2024. *See* R.1. Just over a week later, the Libertarian Party of Mississippi filed a similar lawsuit in the same district court. *See* Dkt. 1, No. 1:24-cv-37. Both cases claim that counting ballots received after "the day for the election" violates the federal election-day statutes. 2 U.S.C. §7. They request declaratory and injunctive relief against the Mississippi Secretary of State and several county election officials to enforce compliance with federal law.

The district court consolidated the cases in March. R.35. Given the purely legal nature of the issues and the importance of resolving this case before the election, the parties agreed to bypass discovery and brief cross-motions for summary judgment. R.38. Meanwhile, Vet Voice Foundation and the Mississippi Alliance for Retired Americans intervened in this case. R.6. They filed a notice with the district court representing that they "agree that consolidation is appropriate and, if granted intervention, are willing to abide by any schedule entered by the Court, including one that dispenses of responsive pleadings and moves straight to summary judgment." R.26.

The parties completed summary judgment briefing on April 16. The Court scheduled a hearing on the motions for July 9. After the hearing, the Court took the motions under advisement. On July 28, the Court issued a mixed order on the summary judgment motions. R.104. The Court denied the Defendants' motions to dismiss the case for lack of standing, and it granted summary judgment on the merits in Defendants' favor. R.104. The Court issued final judgment the next day, R.105, and the Plaintiffs in both cases filed timely notices of appeal.

## II. Argument for Expedited Appeal

Federal courts "shall expedite the consideration of any action … if good cause therefor is shown." 28 U.S.C. §1657(a); *see also* Fed. R. App. P. 2; 5th Cir. Rule 27.5. Good cause to expedite this appeal exists because Plaintiffs seek review of a final judgment addressing the validity of key Mississippi election deadlines for the 2024 elections. The parties moved quickly in the district court to resolve this case in six months. The Intervenors did not oppose that schedule. The district court issued its final judgment last week, and the parties quickly appealed. Expedited briefing and argument are necessary to resolve the rules that will govern the 2024 election.

This Court often expedites election-related appeals in the run-up to an election. *See Veasey v. Abbott*, 870 F.3d 387, 392 (5th Cir. 2017) ("The Clerk of the Court is directed to issue an expedited briefing schedule and to calendar this matter for oral argument before a merits panel on the court's next available oral argument docket."). The Court expedites appeals both when it grants emergency relief, *see id.*, and when it denies emergency relief, *see Robinson v. Ardoin*, 37 F.4th 208, 215 (5th Cir. 2022) (per curiam) (denying stay motion but "[n]evertheless … expedit[ing] this appeal to the next available merits panel, to be selected at random from the regular merits panels already scheduled to hear cases the week of July 4, 2022." *Id.* Usually, the parties don't even need to ask—the Court expedites the appeal *sua sponte. See id.* at 232.

Like those cases, this is a "voting case" that comes to the Court "on the eve of the election." *Veasey*, 769 F.3d at 892. But unlike some of those cases, this motion does not ask the Court for extraordinary relief—it does not move to enjoin any law or stay any court order. *Cf. Reynolds v. Sims*, 377 U.S. 533, 585 (1964) ("In awarding or

withholding immediate relief, a court is entitled to and should consider the proximity of a forthcoming election and the mechanics and complexities of state election laws, and should act and rely upon general equitable principles."). Instead, this motion asks only for expedited briefing and argument to preserve the opportunity to resolve this dispute before the "fast-approaching election date." *Veasey*, 769 F.3d at 892; *see also Brown v. Sec'y of State of Fla.*, 668 F.3d 1271, 1274 (11th Cir. 2012) (expediting January appeal of a challenge to a redistricting law due to "the shortness of time before the national elections" in November).

To that end, the parties moved quickly in the district court, obtaining a final summary-judgment ruling in less than six months. This Court consistently expedites appeals affecting upcoming elections, which often involve important, time-sensitive issues. This appeal is no different. The Plaintiffs thus request the following schedule:

Deadline for Appellants' opening briefs: August 16

Deadline for Appellees' response briefs: September 9

Deadline for Appellants' reply briefs: September 16

Argument, if ordered: First available panel after September 16

\*　　\*　　\*

The State takes the following position on the motion to expedite, joined by the County Defendants: The State consents to the request for expedited briefing and expedited argument, on the limited ground that the State is willing to eliminate the need for the Court to have to decide any motion, filed by plaintiffs-appellants, for an injunction pending appeal. The State does not believe, however, that an expedited

decision is necessary and maintains that any decision by the Court cannot properly change what is slated to happen, under current law, in the 2024 election.

The Intervenor-Defendants oppose any motion for expedited briefing or expedited argument.

## CONCLUSION

For the foregoing reasons, the Plaintiffs request that the Court expedite this appeal.

/s/ *Spencer M. Ritchie*

T. Russell Nobile
Judicial Watch, Inc.
Post Office Box 6592
Gulfport, MS 39506
(202) 527-9866
rnobile@judicialwatch.org

*Counsel for Appellant Libertarian Party of Mississippi*

Thomas R. McCarthy
Conor D. Woodfin
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
conor@consovoymccarthy.com

Spencer M. Ritchie
Forman Watkins & Krutz LLP
210 East Capitol Street, Ste. 2200
Jackson, MS 39201
(601) 960-3172
spencer.ritchie@formanwatkins.com

*Counsel for Republican Party Appellants*

Dated: August 6, 2024

## CERTIFICATE OF SERVICE

I e-filed this brief with the Court, which will email everyone requiring service.

Dated: August 5, 2024                    */s/ Spencer M. Ritchie*

## CERTIFICATE OF COMPLIANCE

This motion complies with this Court's type-volume limitations because it contains 1,138 words and is 5 pages long using 14-point Garamond typeface.

Dated: August 5, 2024                    */s/ Spencer M. Ritchie*