# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2024
Lyle W. Cayce
Clerk

No. 24-60395

Republican National Committee;
Mississippi Republican Party; James Perry;
Matthew Lamb; Libertarian Party of Mississippi,

*Plaintiffs—Appellants*,

*versus*

Justin Wetzel, *in his official capacity as
the clerk and registrar of the Circuit Court of Harrison County*;
Toni Jo Diaz, *in their official capacities as
members of the Harrison County Election Commission*;
Becky Payne, *in their official capacities as
members of the Harrison County Election Commission*;
Barbara Kimball, *in their official capacities as
members of the Harrison County Election Commission*;
Christene Brice, *in their official capacities as
members of the Harrison County Election Commission*;
Carolyn Handler, *in their official capacities as
members of the Harrison County Election Commission*;
Michael Watson,
*in his official capacity as the Secretary of State of Mississippi*,

*Defendants—Appellees*,

_____

Libertarian Party of Mississippi,

*Plaintiff—Appellant*,

*versus*

Justin Wetzel, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; Toni Jo Diaz *in their official capacities as members of the Harrison County Election Commission*; Becky Payne, *in their official capacities as members of the Harrison County Election Commission*; Barbara Kimball, *in their official capacities as members of the Harrison County Election Commission*; Cristene Brice, *in their official capacities as members of the Harrison County Election Commission*; Carolyn Handler, *in their official capacities as members of the Harrison County Election Commission;* Michael Watson, *in his official capacity as the Secretary of State of Mississippi*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CV-25
USDC No. 1:24-CV-37

_____

## UNPUBLISHED ORDER

Before Smith, Graves,[*] and Engelhardt, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that appellants' motion to expedite the appeal is GRANTED. This matter is expedited to the next available merits panel.

The merits panel will make all decisions regarding an expedited briefing schedule and oral argument.

---

[*] Judge Graves would deny the motion.