

August 12, 2024

**VIA ECF**

Lyle W. Cayce
Clerk of Court
United States Court of Appeals
 for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:   *Republican National Committee v. Wetzel*, No. 24-60395

Dear Mr. Cayce:

    I am lead counsel for defendant-appellee the Secretary of State of Mississippi in this expedited appeal. I intend to present oral argument on the Secretary's behalf. The Court today issued a briefing notice stating that oral argument will be heard the week of September 23, 2024. For some time I have been scheduled to travel outside of the State starting September 17 and returning to Mississippi on September 23. I would be grateful if the Court were to schedule oral argument on a day other than Monday, September 23. I appreciate the Court's consideration.

Respectfully submitted,

/s/ Scott G. Stewart

Scott G. Stewart
  *Solicitor General*
MISSISSIPPI ATTORNEY
  GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
Email: scott.stewart@ago.ms.gov
*Counsel for Defendant-Appellee Michael Watson, in his Official Capacity as the Secretary of State of Mississippi*

cc: All counsel of record via ECF