# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 13, 2024

Ms. Elisabeth C. Frost
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 600
Washington, DC 20001

Mr. Tim C. Holleman
Boyce Holleman & Associates
1720 23rd Avenue
Boyce Holleman Boulevard
Gulfport, MS 39501

Mr. Thomas McCarthy
Consovoy McCarthy, P.L.L.C.
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Mr. T. Russell Nobile
Judicial Watch, Incorporated
P.O. Box 6592
Gulfport, MS 39506

Mr. Scott G. Stewart
Mississippi Attorney General's Office
550 High Street
P.O. Box 220
Suite 1100
Jackson, MS 39205

    No. 24-60395   Republican Natl Cmte v. Wetzel
                          USDC No. 1:24-CV-25
                          USDC No. 1:24-CV-37

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Rebecca Andry*
Rebecca Andry, Deputy Clerk
504-310-7638

cc:
  Mr. Christopher D. Dodge
  Mr. Arthur S. Johnston III
  Mr. Eric W. Lee
  Mr. Justin Lee Matheny
  Mr. Richard Alexander Medina
  Ms. Sherri Penny
  Mr. Spencer M. Ritchie
  Mr. Rex Morris Shannon III
  Mr. Conor Woodfin

Case No. 24-60395

Republican National Committee; Mississippi Republican Party; James Perry; Matthew Lamb,

    Plaintiffs - Appellants

v.

Justin Wetzel, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County; Toni Jo Diaz, in their official capacities as members of the Harrison County Election Commission; Becky Payne, in their official capacities as members of the Harrison County Election Commission; Barbara Kimball, in their official capacities as members of the Harrison County Election Commission; Christene Brice, in their official capacities as members of the Harrison County Election Commission; Carolyn Handler, in their official capacities as members of the Harrison County Election Commission; Michael Watson, in his official capacity as the Secretary of State of Mississippi,

    Defendants - Appellees

Vet Voice Foundation; Mississippi Alliance for Retired Americans,

    Intervenor Defendants - Appellees

---

Libertarian Party of Mississippi,

    Plaintiff - Appellant

v.

Justin Wetzel, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County; Toni Jo Diaz in their official capacities as members of the Harrison County Election Commission; Becky Payne, in their official capacities as members of the Harrison County Election Commission; Barbara Kimball, in their official capacities as members of the Harrison County Election Commission; Cristene Brice, in their official capacities as members of the Harrison County Election Commission; Carolyn Handler, in their official capacities as members of the Harrison County Election Commission; Michael Watson, in his official capacity as the Secretary of State of Mississippi,

    Defendants - Appellees