No. 24-60395

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; MATTHEW LAMB,

*Plaintiffs – Appellants*

v.

JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County; TONI JO DIAZ, in their official capacities as members of the Harrison County Election Commission; BECKY PAYNE, in their official capacities as members of the Harrison County Election Commission; BARBARA KIMBALL, in their official capacities as members of the Harrison County Election Commission; CHRISTENE BRICE, in their official capacities as members of the Harrison County Election Commission; CAROLYN HANDLER, in their official capacities as members of the Harrison County Election Commission; MICHAEL WATSON, in his official capacity as the Secretary of State of Mississippi,

*Defendants – Appellees*

VET VOICE FOUNDATION; MISSISSIPPI ALLIANCE OF RETIRED AMERICANS,

*Intervenor Defendants – Appellees*

_____

LIBERTARIAN PARTY OF MISSISSIPPI,

*Plaintiff – Appellant*

v.

JUSTIN WETZEL, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County; TONI JO DIAZ, in their official capacities as members of the Harrison County Election Commission; BECKY PAYNE, in their official capacities as members of the Harrison County Election Commission; BARBARA KIMBALL, in their official capacities as members of the Harrison County Election Commission; CHRISTENE BRICE, in their official capacities as members of the Harrison County Election Commission; CAROLYN HANDLER, in their official capacities as members of the Harrison County Election Commission; MICHAEL WATSON, in his official capacity as the Secretary of State of Mississippi,

*Defendants – Appellees.*

On Appeal from the United States District Court for the Southern District of Mississippi, Nos. 1:24-cv-25, 1:24-cv-37 (Guirola, J.)

**PUBLIC INTEREST LEGAL FOUNDATION MOTION TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFF-APPELLANTS AND REVERSAL**

J. Christian Adams
Joseph M. Nixon
Public Interest Legal Foundation, Inc.
107 S. West Street, Ste 700
Alexandria, VA 22314
(703) 745-5870
adams@PublicInterestLegal.org
jnixon@PublicInterestLegal.org

# **CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal. In addition to the persons and entities identified in the briefs of Appellant Libertarian Party of Mississippi, App. Dkt. 73, and Appellants Republican National Committee, Mississippi Republican Party, James Perry, and Matthew Lamb, Defendants-Appellants, App. Dkt. 71, the following persons may have an interest in the outcome of this case:

> Public Interest Legal Foundation, Inc. (*amicus curiae*)
> J. Christian Adams (counsel for *amicus curiae*)
> Joseph M. Nixon (counsel for *amicus curiae*)

August 23, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Joseph M. Nixon

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29, The Public Interest Legal Foundation (the Foundation) respectfully moves for leave to file an *amicus curiae* in this appeal as an amicus curiae in support of Plaintiffs-Appellants. The Foundation's proposed brief is filed as an exhibit to this Motion.

Counsel for The Foundation conferred with party counsel, seeking consent to file an *amicus curiae* brief. Counsel for the Mississippi Secretary of State, the Republican plaintiffs, Plaintiff Libertarian Party of Mississippi, and Intervenors stated that they consent to the filing of this brief. Counsel for the Harrison County officials stated that they have no objection to the filing of the Foundation's brief.

For the reasons set forth below, and consistent with the Court's general practice of liberally granting these Motions, The Foundation's motion should be granted.

## STATEMENT OF INTEREST OF AMICUS CURIAE

The Foundation is a non-partisan, public interest 501(c)(3) organization whose mission includes working to protect the fundamental right of citizens to vote and preserving election integrity across the country. For over a decade, the Foundation has sought to advance the public's interest in having elections free from unconstitutional burdens and discrimination. At the state level, the

Foundation works to ensure that state laws enacted by each state's legislative branch are constitutional and harmonious with federal law, the United States Constitution, and the state's constitution.

This case is of interest to the Foundation because it is concerned with protecting the sanctity and integrity of American elections and preserving the power of federal Election Day statutes. Mississippi's law allowing receipt of mail-in ballots up to five days following Election Day runs directly against federal laws enacted by Congress explicitly defining Election Day as the "Tuesday next after the 1st Monday in November." 2 U.S.C. § 7.

The Foundation has extensive experience in election law litigation and is involved in many such cases throughout the nation. The Foundation has filed *amicus curiae* briefs in cases on various election-related issues and has been involved in many cases determining the legality of state election practices like the case before the Court today.

## POINTS AND AUTHORITIES IN SUPPORT OF MOTION

This Court should grant this Motion for leave to file an *amicus curiae* brief because the Foundation meets the criteria as set forth in Rule 29. Fifth Circuit precedent has said that courts are, "well advised to grant motion for leave to file amicus briefs unless it is so obvious that the proposed briefs do not meet Rule 29's

criteria as broadly interpreted." *Lefeburey v. D'Aquilla*, 15 F.4th 670, 676 (5th Cir. 2021). Here, the Foundation has a clear interest, and the matters discussed are relevant to the disposition of the case. This case raises important Constitutional issues just months before a Presidential election.

The Foundation seeks to file this brief because its unique experience in election law cases gives it particular insight and expertise in how the United States Constitution and federal statutes regulate state election laws. The Foundation understands these considerations and seeks to demonstrate to the Court how Mississippi's current laws stray from what is allowed by the United States Congress.

The Foundation's amicus will provide a concrete policy study about the success in a state that has adhered closely to Congress's uniform election date. Specifically, the Foundations brief will focus Florida's success from becoming one of the slowest states in the nation when it comes to counting ballots on election day to one of the fastest. Using this example, other states can look to Florida as a benchmark for running quick and efficient elections.

Accordingly, the Foundation respectfully asks the Court to grant it leave to file this amicus brief.

Dated: August 23, 2024.

Respectfully submitted,

For the Public Interest Legal Foundation:

  /s/ Joseph M. Nixon
J. Christian Adams
Joseph M. Nixon
Public Interest Legal Foundation, Inc.
107 S. West Street, Ste 700
Alexandria, VA 22314
(703) 745-5870
adams@PublicInterestLegal.org
jnixon@PublicInterestLegal.org

## **CERTIFICATE OF COMPLIANCE**

I certify that on August 23, 2024, this document was served on all parties or their counsel of record through the CM/ECF system.

Dated: August 23, 2024.

Respectfully submitted,

For the Public Interest Legal Foundation:

  /s/ Joseph M. Nixon
J. Christian Adams
Joseph M. Nixon
Public Interest Legal Foundation, Inc.
107 S. West Street, Ste 700
Alexandria, VA 22314
(703) 745-5870
adams@PublicInterestLegal.org
jnixon@PublicInterestLegal.org

## **CERTIFICATE OF COMPLIANCE**

This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document 1257 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

    /s/ Joseph M. Nixon
Joseph M. Nixon
Counsel for Public Interest Legal Foundation

Dated: August 23, 2024.