# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 5, 2024
Lyle W. Cayce
Clerk

No. 24-60395

_____

Republican National Committee; Mississippi Republican Party; James Perry; Matthew Lamb,

*Plaintiffs—Appellants,*

*versus*

Justin Wetzel, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; Toni Jo Diaz, *in their official capacities as members of the Harrison County Election Commission*; Becky Payne, *in their official capacities as members of the Harrison County Election Commission*; Barbara Kimball, *in their official capacities as members of the Harrison County Election Commission*; Christene Brice, *in their official capacities as members of the Harrison County Election Commission*; Carolyn Handler, *in their official capacities as members of the Harrison County Election Commission*; Michael Watson, *in his official capacity as the Secretary of State of Mississippi,*

*Defendants—Appellees,*

Vet Voice Foundation; Mississippi Alliance for Retired Americans,

*Intervenor Defendants—Appellees,*

_____

Libertarian Party of Mississippi,

*Plaintiff—Appellant,*

*versus*

No. 24-60395

Justin Wetzel, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; Toni Jo Diaz *in their official capacities as members of the Harrison County Election Commission*; Becky Payne, *in their official capacities as members of the Harrison County Election Commission*; Barbara Kimball, *in their official capacities as members of the Harrison County Election Commission*; Cristene Brice, *in their official capacities as members of the Harrison County Election Commission*; Carolyn Handler, in their official capacities as members of the Harrison County Election Commission; Michael Watson, *in his official capacity as the Secretary of State of Mississippi*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CV-25
USDC No. 1:24-CV-37

_____

ORDER:

　　IT IS ORDERED that the opposed motion of Amicus Curiae for leave to participate in oral argument and to enlarge the time for argument is hereby GRANTED IN PART. 25 minutes will be allocated to Plaintiffs-Appellants. 20 minutes will be allocated to Defendants-Appellees and Intervenor Defendants-Appellees. 5 minutes will be allocated to Amicus Curiae.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT