# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 29, 2024

Ms. Paloma Wu
Mississippi Center for Justice
210 E. Capitol Street
Suite 1800
Jackson, MS 39201

    No. 24-60395    Republican Natl Cmte v. Wetzel
                           USDC No. 1:24-CV-25
                           USDC No. 1:24-CV-37

Dear Ms. Wu,

The following pertains to Robert McDuff's electronically filed appearance form.

The submitted appearance form does not match the registered attorney. Mr. McDuff's appearance form must be filed using his own PACER account.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Sean Hannan, Deputy Clerk