# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 21, 2024

Mr. Thomas McCarthy
Consovoy McCarthy, P.L.L.C.
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Mr. T. Russell Nobile
Judicial Watch, Incorporated
P.O. Box 6592
Gulfport, MS 39506

    No. 24-60395   Republican Natl Cmte v. Wetzel
                          USDC No. 1:24-CV-25
                          USDC No. 1:24-CV-37

Dear Counsel:

This letter will serve to confirm my voicemail and email to you this date advising the parties that the court has requested a response to the Appellees' Petition for rehearing en banc be filed in this office on or before December 2, 2024.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Rebecca L. Leto, Deputy Clerk
                                            504-310-7703

cc:  Ms. Ginger Anders
     Mr. David Wayne Baria
     Mr. Noah Bokat-Lindell
     Mr. J. Kain Day
     Mr. Gilbert Dickey
     Mr. Christopher D. Dodge
     Ms. Elisabeth C. Frost
     Ms. Elizabeth Parr Hecker
     Mr. Tim C. Holleman
     Mr. Paul Whitfield Hughes III
     Mr. Eric W. Lee
     Mr. Justin Lee Matheny
     Mr. Robert Bruce McDuff
     Mr. Richard Alexander Medina
     Ms. Tina Meng Morrison

```
Mr. Christopher J. Merken
Mr. Joseph M. Nixon
Mr. Spencer M. Ritchie
Mr. Davin McKay Rosborough
Mr. Rex Morris Shannon III
Mr. Scott G. Stewart
Mr. Joshua Tom
Mr. Jacob Van Leer
Ms. Caroline Van Zile
Mr. Donald B. Verrilli Jr.
Mr. Conor Woodfin
Ms. Paloma Wu
```