# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 22, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60395   Republican Natl Cmte v. Wetzel
                   USDC No. 1:24-CV-25
                   USDC No. 1:24-CV-37

The court has granted the motion of Public Rights Project for leave to file a brief as amicus curiae in support of the petition for rehearing en banc in this case.

You must electronically file a "Form for Appearance of Counsel" within 15 days from the date of this letter. The form is available from the Fifth Circuit website, www.ca5.uscourts.gov.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Rebecca L. Leto, Deputy Clerk
                                 504-310-7703

Ms. Ginger Anders
Mr. David Wayne Baria
Mr. Noah Bokat-Lindell
Mr. J. Kain Day
Mr. Gilbert Dickey
Mr. Christopher D. Dodge
Ms. Elisabeth C. Frost
Ms. Elizabeth Parr Hecker
Mr. Tim C. Holleman
Mr. Paul Whitfield Hughes III
Mr. Eric W. Lee
Mr. Justin Lee Matheny
Mr. Thomas McCarthy
Mr. Robert Bruce McDuff
Mr. Richard Alexander Medina
Ms. Tina Meng Morrison
Mr. Christopher J. Merken
Mr. Joseph M. Nixon
Mr. T. Russell Nobile
Mr. Spencer M. Ritchie
Mr. Davin McKay Rosborough
Mr. Rex Morris Shannon III

Mr. Scott G. Stewart
Mr. Joshua Tom
Mr. Jacob Van Leer
Ms. Caroline Van Zile
Mr. Donald B. Verrilli Jr.
Mr. Conor Woodfin
Ms. Paloma Wu