

**U.S. Department of Justice**

Civil Rights Division

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, DC  20044-4403*

June 12, 2025

**VIA CM/ECF**

Lyle W. Cayce
United States Court of Appeals
  for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA  70130-3408

Re:  *Republican Nat'l Comm., et al. v. Justin Wetzel, et al.*, No. 24-60395 (5th Cir.)

Dear Mr. Cayce:

     I am writing to withdraw as counsel of record in the above-captioned case.  Effective June 13, 2025, I will no longer be working in the Civil Rights Division of the Department of Justice.

Sincerely,

s/ Noah B. Bokat-Lindell
Noah B. Bokat-Lindell
Attorney
Appellate Section
Civil Rights Division
Noah.Bokat-Lindell@usdoj.gov
202-598-0243