# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 10, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Michael Watson, Mississippi Secretary of State
v. Republican National Committee, et al.
No. 24-1260
(Your No. 24-60395)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 6, 2025 and placed on the docket June 10, 2025 as No. 24-1260.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst

