MUNGER, TOLLES & OLSON LLP
601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

July 9, 2025

Writer's Direct Contact
(202) 220-1142
(202) 220-1142 FAX
Kain.Day@mto.com

<u>VIA CM/ECF</u>

Lyle W. Cayce
United States Court of Appeals
for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *Republican Nat'l Comm., et al. v. Justin Wetzel, et al.*, No. 24-60395 (5th Cir.)

Dear Mr. Cayce:

    I am writing to withdraw as counsel of record in the above-captioned case. Effective July 11, 2025, I will no longer be working at Munger, Tolles, & Olson LLP.

                      Sincerely,

                        <u>*/s/ J. Kain Day*</u>
                      J. Kain Day
                      Munger, Tolles, & Olson LLP
                      Kain.Day@mto.com
                      (202) 220-1100