# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 18, 2026

Mr. Gilbert Dickey
Consovoy McCarthy, P.L.L.C.
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Mr. Christopher D. Dodge
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Ms. Elisabeth C. Frost
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 600
Washington, DC 20001

Mr. Tim C. Holleman
Boyce Holleman & Associates
1720 23rd Avenue
Boyce Holleman Boulevard
Gulfport, MS 39501

Mr. Eric W. Lee
Judicial Watch, Incorporated
425 3rd Street, S.W.
Suite 800
Washington, DC 20024

Mr. Justin Lee Matheny
Mississippi Attorney General’s Office
550 High Street
Suite 1200
Jackson, MS 39201

Mr. Thomas McCarthy
Consovoy McCarthy, P.L.L.C.
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Mr. Robert Bruce McDuff
767 N. Congress Street
Jackson, MS 39202-0000

Mr. Richard Alexander Medina
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Ms. Tina Meng Morrison
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Mr. T. Russell Nobile
Judicial Watch, Incorporated
P.O. Box 6592
Gulfport, MS 39506

Mr. Spencer M. Ritchie
Bradley Arant Boult Cummings, L.L.P.
188 E. Capitol Street
1 Jackson Place
Suite 1000
Jackson, MS 39201

Mr. Rex Morris Shannon III
Mississippi Attorney General’s Office
550 High Street
P.O. Box 220
Jackson, MS 39205

Mr. Scott G. Stewart
Mississippi Attorney General’s Office
550 High Street
P.O. Box 220
Suite 1100
Jackson, MS 39205

Mr. Conor Woodfin
Consovoy McCarthy, P.L.L.C.
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Ms. Paloma Wu
Mississippi Center for Justice

210 E. Capitol Street
Suite 1800
Jackson, MS 39201

No. 24-60395 Republican Natl Cmte v. Wetzel
USDC No. 1:24-CV-25
USDC No. 1:24-CV-37

Dear Counsel:

The court has requested that the appellants and the appellees file supplemental briefs on how the court should proceed following the Supreme Court's decision. The supplemental briefs must be filed in this office on or before September 01, 2026.

Sincerely,

LYLE W. CAYCE, Clerk

S. Rasheed

By: __________________________
Shatyra Rasheed, Deputy Clerk
504-310-7646

cc:
- Ms. Ginger Anders
- Mr. David Wayne Baria
- Ms. Elizabeth Parr Hecker
- Mr. Paul Whitfield Hughes III
- Mr. Christopher J. Merken
- Mr. Joseph M. Nixon
- Mr. Davin McKay Rosborough
- Mr. Joshua Tom
- Mr. Jacob Van Leer
- Ms. Caroline Van Zile
- Mr. Donald B. Verrilli Jr.