No. 24-60395

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; MATTHEW LAMB,
*Plaintiffs-Appellants*

*v.*

JUSTIN WETZEL, IN HIS OFFICIAL CAPACITY AS THE CLERK AND REGISTRAR OF THE CIRCUIT COURT OF HARRISON COUNTY; TONI JO DIAZ, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE HARRISON COUNTY ELECTION COMMISSION; BECKY PAYNE, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE HARRISON COUNTY ELECTION COMMISSION; BARBARA KIMBALL, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE HARRISON COUNTY ELECTION COMMISSION; CHRISTENE BRICE, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE HARRISON COUNTY ELECTION COMMISSION; CAROLYN HANDLER, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE HARRISON COUNTY ELECTION COMMISSION; MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF STATE OF MISSISSIPPI,
*Defendants-Appellees*

VET VOICE FOUNDATION; MISSISSIPPI ALLIANCE FOR RETIRED AMERICANS,
*Intervenor Defendants-Appellees*

LIBERTARIAN PARTY OF MISSISSIPPI,
*Plaintiff-Appellant*

*v.*

JUSTIN WETZEL, IN HIS OFFICIAL CAPACITY AS THE CLERK AND REGISTRAR OF THE CIRCUIT COURT OF HARRISON COUNTY; TONI JO DIAZ IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE HARRISON COUNTY ELECTION COMMISSION; BECKY PAYNE, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE HARRISON COUNTY ELECTION COMMISSION; BARBARA KIMBALL, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE HARRISON COUNTY ELECTION COMMISSION; CRISTENE BRICE, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE HARRISON COUNTY ELECTION COMMISSION; CAROLYN HANDLER, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE HARRISON COUNTY ELECTION COMMISSION; MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF STATE OF MISSISSIPPI,
*Defendants-Appellees*

Appeals from the United States District Court
for the Southern District of Mississippi
Nos. 1:24-cv-25-LG-RPM, 1:24-cv-37-LG-RPM

# SUPPLEMENTAL BRIEF, JOINED BY ALL PARTIES, IN RESPONSE TO THE COURT'S AUGUST 18, 2026 ORDER

LYNN FITCH
*Attorney General*
SCOTT G. STEWART
*Solicitor General*
JUSTIN L. MATHENY
ANTHONY M. SHULTS
*Deputy Solicitors General*
MISSISSIPPI ATTORNEY
GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
E-mail: scott.stewart@ago.ms.gov

*Counsel for Defendant-Appellee*
*Michael Watson*

## CERTIFICATE OF INTERESTED PERSONS

Under this Court's Rule 28.2.1, governmental parties need not furnish a certificate of interested persons.

*s/ Scott G. Stewart*
Scott G. Stewart
*Counsel for Defendant-Appellee Michael Watson*

# TABLE OF CONTENTS

**Page**

CERTIFICATE OF INTERESTED PERSONS ........................................ i

TABLE OF AUTHORITIES ........................................................................ iii

SUPPLEMENTAL BRIEF ........................................................................ 1

CONCLUSION ........................................................................................ 3

CERTIFICATE OF SERVICE ................................................................... 6

CERTIFICATE OF COMPLIANCE ........................................................... 6

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*RNC v. Wetzel*,
120 F.4th 200 (5th Cir. 2024) .......... 1-2

*Watson v. RNC*,
146 S. Ct. 2165 (2026) .......... 2

**Statutes**

2 U.S.C. § 1 .......... 1

2 U.S.C. § 7 .......... 1

3 U.S.C. § 1 .......... 1

Miss. Code Ann. § 23-15-637 .......... 1

## SUPPLEMENTAL BRIEF

In accordance with this Court's August 18, 2026 order, CA5 Dkt. 245, the parties respectfully submit this supplemental brief and jointly ask this Court to affirm the district court's judgments without further briefing or argument.

This appeal arises from two consolidated cases challenging a Mississippi law that allows mail-in absentee ballots that are cast by federal election day to be counted if they are received within five business days after that day. *See* Miss. Code Ann. § 23-15-637(1)(a). Plaintiffs contended that Mississippi's law conflicts with the federal election-day statutes, which set the Tuesday after the first Monday in November in certain years as the "election" day for federal offices. *See* 2 U.S.C. § 7; 2 U.S.C. § 1; 3 U.S.C. § 1. The central claim in both cases is that the federal election-day statutes require ballots to be received by election day and thus preempt Mississippi's law.

The district court granted summary judgment to defendants and intervenor-defendants, holding that Mississippi's law does not conflict with the federal election-day statutes and that all of plaintiffs' claims therefore fail as a matter of law. ROA.1160-1183; *see* ROA.1184-1185, 1335-1336. This Court reversed in part, vacated in part, and remanded. It held that the federal election-day statutes require that ballots be both cast by voters and received by election officials by federal election day and thus preempt Mississippi's law. *RNC v. Wetzel*, 120 F.4th 200, 203-

04, 205-15 (5th Cir. 2024). The U.S. Supreme Court reversed, held that the federal election-day statutes do not preempt Mississippi's law, and remanded. *Watson v. RNC*, 146 S. Ct. 2165, 2169, 2171-81 (2026). After the case returned to this Court, the Court asked the parties to file supplemental briefs "on how the court should proceed following the Supreme Court's decision." CA5 Dkt. 245 at 3.

The parties agree that this Court should affirm the district court's orders granting summary judgment to defendants. The Supreme Court resolved the central issue in these cases when it ruled that the federal election-day statutes "do not" preempt Mississippi's law "permit[ting] the counting of absentee ballots postmarked by election day but received up to five days later." 146 S. Ct. at 2169. The resolution of that issue is dispositive of all of plaintiffs' claims and dictates that defendants and intervenor-defendants are entitled to judgment as a matter of law on all claims. The district court ruled that defendants and intervenor-defendants are entitled to judgment as a matter of law on all claims. So its judgments should be affirmed.

## CONCLUSION

This Court should affirm the district court's judgments.

Respectfully submitted,

LYNN FITCH
*Attorney General*

*s/ Scott G. Stewart*

SCOTT G. STEWART
*Solicitor General*
JUSTIN L. MATHENY
ANTHONY M. SHULTS
*Deputy Solicitors General*
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
E-mail: scott.stewart@ago.ms.gov
*Counsel for Defendant-Appellee Michael Watson*

*s/ Tim C. Holleman*

Tim C. Holleman (Ms Bar #2526)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS 39501
Telephone: (228) 863-3142
Facsimile: (228) 863-9829
Email: tim@boyceholleman.com
*Counsel for Defendants-Appellees Justin Wetzel, in his official capacity as the clerk and registrar of the Circuit Court of Harrison County, and Toni Jo Diaz, Becky Payne, Barbara Kimball, Christene Brice, and Carolyn Handler, in their official capacities as members of the Harrison County Election Commission*

*s/ Elisabeth C. Frost*

Elisabeth C. Frost
Christopher D. Dodge
Richard A. Medina
Tina Meng Morrison
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Telephone: (202) 948-1135
Facsimile: (202) 968-4498
efrost@elias.law
cdodge@elias.law
rmedina@elias.law
tmengmorrison@elias.law

Robert B. McDuff
Paloma Wu
**MISSISSIPPI CENTER FOR JUSTICE**
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Telephone: (601) 352-2269
Facsimile: (601) 352-4769
rmcduff@mscenterforjusitce.org
pwu@mscenterforjustice.org
*Counsel for Intervenor Defendants-Appellees*

/s/ Gilbert C. Dickey

Thomas R. McCarthy
Gilbert C. Dickey
Conor D. Woodfin
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com

conor@consovoymccarthy.com
*Counsel for Appellants Republican National Committee, Mississippi Republican Party, James Perry, and Matthew Lamb*

Spencer M. Ritchie
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 E. Capitol St.
Jackson, MS 39201
(601) 592-9975
sritchie@bradley.com
*Counsel for Appellants Republican National Committee, Mississippi Republican Party, James Perry, and Matthew Lamb*

s/ Russ Nobile

T. Russell Nobile (MS Bar 100682)
Judicial Watch, Inc.
Post Office Box 6592
Gulfport, Mississippi 39506
Phone: (202) 527-9866
Rnobile@judicialwatch.org

Eric W. Lee
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
elee@judicialwatch.org
*Counsel for Plaintiff-Appellant Libertarian Party of Mississippi*

August 31, 2026

## CERTIFICATE OF SERVICE

I, Scott G. Stewart, hereby certify that this brief has been filed with the Clerk of Court using the Court's electronic filing system, which sent notification of such filing to all counsel of record.

Dated: August 31, 2026

*s/ Scott G. Stewart*
Scott G. Stewart
*Counsel for Defendant-Appellee*
*Michael Watson*

## CERTIFICATE OF COMPLIANCE

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because its text has been prepared in proportionally spaced typeface, including serifs, using Microsoft Word 2016, in Century Schoolbook 14-point font.

Dated: August 31, 2026

*s/ Scott G. Stewart*
Scott G. Stewart
*Counsel for Defendant-Appellee*
*Michael Watson*