# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 9, 2026
Lyle W. Cayce
Clerk

No. 24-60395

Republican National Committee; Mississippi Republican Party; James Perry; Matthew Lamb,

*Plaintiffs—Appellants*,

*versus*

Justin Wetzel, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; Toni Jo Diaz, *in their official capacities as members of the Harrison County Election Commission*; Becky Payne, *in their official capacities as members of the Harrison County Election Commission*; Barbara Kimball, *in their official capacities as members of the Harrison County Election Commission*; Christene Brice, *in their official capacities as members of the Harrison County Election Commission*; Carolyn Handler, *in their official capacities as members of the Harrison County Election Commission*; Michael Watson, *in his official capacity as the Secretary of State of Mississippi*,

*Defendants—Appellees*,

Vet Voice Foundation; Mississippi Alliance for Retired Americans,

*Intervenor Defendants—Appellees*,

---

Libertarian Party of Mississippi,

*Plaintiff—Appellant*,

*versus*

Justin Wetzel, *in his official capacity as the clerk and registrar of the Circuit Court of Harrison County*; Toni Jo Diaz *in their official capacities as members of the Harrison County Election Commission*; Becky Payne, *in their official capacities as members of the Harrison County Election Commission*; Barbara Kimball, *in their official capacities as members of the Harrison County Election Commission*; Cristene Brice, *in their official capacities as members of the Harrison County Election Commission*; Carolyn Handler, in their official capacities as members of the Harrison County Election Commission; Michael Watson, *in his official capacity as the Secretary of State of Mississippi*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC Nos. 1:24-CV-25, 1:24-CV-37

---

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before Ho, Duncan, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The judgment of the district court is AFFIRMED in light of *Watson v. RNC*, 146 S. Ct. 2165 (2026).

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.